■ CHARLES W. BILYOU, Individually and as Administrator of the Estate of CHARLOTTE BILYOU, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 46467.) — MEMORANDUM BY THE COURT. Appeal from an order of the Court of Claims, which denied a motion to amend the order of said court, which required claimants to complete their examination before trial before a specified date. We find no substantial basis for interfering with the exercise of the court's discretion. Order affirmed, without costs. Gibson, P. J.,

Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.